IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR ISBELL, *et al.*, | : | CIVIL NO. 4:12-CV-00043 |
| Plaintiffs, | : | |
| v. | : | (Magistrate Judge Schwab) |
| PAUL BELLINO, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Consistent with the findings of fact and conclusions of law set forth in the accompanying opinion, **IT IS ORDERED** that the Clerk of Court shall enter judgment in favor of the plaintiffs as follows:

1. Nominal damages in the amount of ONE DOLLAR ($1.00) to J.B.

2. Nominal damages in the amount of ONE DOLLAR ($1.00) to A.I.

3. Nominal damages in the amount of ONE DOLLAR ($1.00) to Mr. Isbell.

4. Compensatory damages in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000) to Mrs. Isbell.

*/s/ Susan E Schwab*
Susan E. Schwab
United States Magistrate Judge